**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Juwairiyah Irfan Dalal,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-06797-PHX-DMF<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state: “Respondents do not oppose Petitioner’s request for release at this time.” (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner’s Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

. . . .

. . . .

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 1st day of October, 2026.

Deborah M. Fine

Honorable Deborah M. Fine
United States Magistrate Judge