**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Juwairiyah Irfan Dalal,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06797-PHX-DMF

**ORDER**

On October 1, 2026, the Court entered an order in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to immediately release Petitioner from immigration custody under the same conditions that existed prior to her detention. (Doc. 8.) On October 9, 2026, Petitioner signed a Motion to Enforce Court Order, which was received by the Clerk of Court on October 14, 2026, which was docketed by the Clerk of Court on October 16, 2026, and which states that Respondents have failed to release Petitioner from custody. (Doc. 10.)

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Motion to Enforce Court Order promptly and **no later than October 19, 2026, at 5:00 p.m.** In their response, Respondents must explain why Petitioner was not released as previously ordered on October 1, 2026.

Dated this 16th day of October, 2026.

Honorable Deborah M. Fine
United States Magistrate Judge